UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-0481

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

**Order Filed on August 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas Marta

Case No.:   23-11240-JNP

Hearing Date:  08/16/2023

Judge:   Honorable Jerrold N. Poslusny, Jr.

Chapter:  13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: August 17, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Thomas Marta

Case No.: 23-11240-JNP

Caption of Order:                    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, appearing and for cause shown, it is

**ORDERED** as follows:

1.    The objection to confirmation filed on behalf of PennyMac Loan Services, LLC, is hereby resolved upon the conditions set forth herein.

2.    Pre- petition arrears have been cured through a loan modification and Partial Claim Note and Mortgage, which the debtor was authorized to enter into by way of the July 12, 2023 Order (Doc. 43).

3.    Debtor agrees to tender the post-petition mortgage payments directly to PennyMac Loan Services, LLC, in the amounts  and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

4.    The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.